IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RYAN SJ PRICE,<br><br>     Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>     Defendant. | CV 16-123-M-JCL<br><br>JUDGMENT |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

  Dated this 5th day of June, 2017.

        TYLER P. GILMAN, CLERK

        By: /s/ Nicole Stephens
        Nicole Stephens, Deputy Clerk